# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KEVIN K. NESMITH & DENISE A. NESMITH (CONV TO CH 7)     Case Number: -
237 CLIFFSIDE PLACE                SSN-xxx-xx-0627 & xxx-xx-5773
ROCKTON, IL  61072

Case filed on:    1/15/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:   $0.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| | Total Unsecured | 0.00 | 0.00 | 0.00 | 0.00 |
| | Grand Total: | 0.00 | 0.00 | 0.00 | 0.00 |

Total Paid Claimant:       $0.00
Trustee Allowance:         $0.00     Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00      discharging the trustee and the trustee's surety from any and all
                                     liablility on account of the within proceedings, and closing the estate,
                                     and for such other relief as is just.  Pursuant to FRBP, I hereby
                                     certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 06/25/2008           By  /s/Heather M. Fagan