# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: KEVIN K. NESMITH & DENISE A. NESMITH (CONV TO CH 7)          Case Number: 08-70100
237 CLIFFSIDE PLACE          SSN-xxx-xx-0627 & xxx-xx-5773
ROCKTON, IL  61072

Case filed on:          1/15/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:    $0.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | A LAW OFFICE OF CROSBY & ASSOCIATES, P.C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 006 | INTERNAL REVENUE SERVICE | 11,728.01 | 11,728.01 | 0.00 | 0.00 |
| 007 | IRS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Priority | 11,728.01 | 11,728.01 | 0.00 | 0.00 |
| | | | | | |
| 030 | KEVIN K. NESMITH | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 001 | ASSOCIATED BANK | 63,984.59 | 51,744.34 | 0.00 | 0.00 |
| 002 | DAIMLERCHRYSLER FIN SERV AMERICAS LLC | 26,231.77 | 0.00 | 0.00 | 0.00 |
| 003 | DAIMLERCHRYSLER FIN SERV AMERICAS LLC | 2,473.79 | 2,000.55 | 0.00 | 0.00 |
| 004 | CITIMORTGAGE INC | 145,984.64 | 118,057.78 | 0.00 | 0.00 |
| 005 | MEMBERS ALLIANCE CR UN | 6,854.75 | 5,543.44 | 0.00 | 0.00 |
| 006 | INTERNAL REVENUE SERVICE | 1,390.14 | 1,124.21 | 0.00 | 0.00 |
| 008 | AMERICAN GENERAL FINANCE | 572.83 | 463.25 | 0.00 | 0.00 |
| 009 | ATT & T UNIVERSAL / CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 5,133.01 | 4,151.07 | 0.00 | 0.00 |
| 011 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CHASE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CHASE - BP | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | LVNV FUNDING LLC | 8,712.59 | 7,045.87 | 0.00 | 0.00 |
| 015 | LVNV FUNDING LLC | 14,589.85 | 11,798.81 | 0.00 | 0.00 |
| 016 | LVNV FUNDING LLC | 5,556.09 | 4,493.21 | 0.00 | 0.00 |
| 017 | CITIBANK USA / SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | DFS SERVICES LLC | 2,456.36 | 1,986.46 | 0.00 | 0.00 |
| 019 | FIA CSNA | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | IOWA COLLEGE STUDENT AID COMMISSION | 6,341.50 | 5,128.37 | 0.00 | 0.00 |
| 021 | LSL / IA ST LN | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | JC PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CHRISTINE HUFF/STEVE WHITTINGTON | 26,351.16 | 21,310.18 | 0.00 | 0.00 |
| 024 | PORTFOLIO RECOVERY ASSOCIATES | 874.56 | 707.26 | 0.00 | 0.00 |
| 025 | SIMMONS 1ST NATIONAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | TARGET NATIONAL BANK | 2,911.51 | 2,354.54 | 0.00 | 0.00 |
| 027 | UNITED CONSUMER FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | DAIMLERCHRYSLER FIN SERV AMERICAS LLC | 8,215.70 | 0.00 | 0.00 | 0.00 |
| 029 | LVNV FUNDING LLC | 1,453.33 | 1,175.31 | 0.00 | 0.00 |
| | Total Unsecured | 330,088.17 | 239,084.65 | 0.00 | 0.00 |
| | | | | | |
| | Grand Total: | 341,816.18 | 250,812.66 | 0.00 | 0.00 |

Total Paid Claimant:          $0.00
Trustee Allowance:          $0.00          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:          0.00          discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008          By  /s/Heather M. Fagan